# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00329-CR

In re Kyle Greenlee

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Kyle Greenlee's petition for writ of mandamus, filed on September 18, 2025, is denied.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  September 25, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Petition denied
Do not publish
OT06

